United States District Court
Southern District of Texas
**ENTERED**
September 23, 2025
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | |
|---|---|
| MILTON GEOVANNY GUAMARRIGRA LOJA, §<br>    "Petitioner," §<br> §<br>v. §<br> § Civil Action No. 1:25-cv-00208<br>PAM BONDI, et *al*., §<br>    "Respondents." § | |

# ORDER

Before the Court is Petitioner's "Notice of Voluntary Dismissal Without Prejudice" (Dkt. No. 6). Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Petitioner's claims against Respondents are **DISMISSED** without prejudice. The parties will bear their own attorney's fees, expenses, and costs of the Court. The Clerk of the Court is hereby **ORDERED** to close this case.

Signed on  September 23, 2025.

_____
Rolando Olvera
United States District Judge